
# AFFIDAVIT OF SERVICE

State of Wisconsin     County of Milwaukee     Circuit Court

Case Number: 25CV8831

**Plaintiff:**
ANGELA GREER

vs.

**Defendant:**
SHAQUNNA LACHALE GREER, ET AL

For:
Hildebrand Law Firm
500 W. Silver Spring Dr. Suite k-300
Glendale, WI 53217

Received by SOUTHEAST WISCONSIN PROCESS, LLC to be served on **SHAWN GREER JR, 2602 N 54TH ST, MILWAUKEE, WI 53210**.

I, Shannon Gutierrez, being duly sworn, depose and say that on the **30th day of November, 2025 at 2:03 pm**, I:

**Personally Served** the within named person with the **Electronically Filed Summons and Complaint Large Claims** with the date and hour endorsed thereon by me, pursuant to Wisconsin State Statutes.

**Additional Information pertaining to this Service:**
10/23/2025 3:15 pm Attempted service at 2602 N 54TH ST, MILWAUKEE, WI 53210, No answer at residence. No activity
10/27/2025 12:25 pm Attempted service at 2602 N 54TH ST, MILWAUKEE, WI 53210, No answer at residence. No activity.
10/30/2025 6:18 pm Attempted service at 2602 N 54TH ST, MILWAUKEE, WI 53210, No answer at residence., Left a business card.
11/2/2025 10:10 am Attempted service at 2602 N 54TH ST, MILWAUKEE, WI 53210, No answer at residence., Card is gone.
11/4/2025 12:53 pm Attempted service at 2602 N 54TH ST, MILWAUKEE, WI 53210, No answer at residence. No activity
11/28/2025 11:44 am Attempted service at @ GREERS TRANSPORT LLC 1128 W CAPITAL DR, MILWAUKEE, WI 53206, Property is a residence. No answer at residence.
11/29/2025 1:50 pm Attempted service at 2602 N 54TH ST, MILWAUKEE, WI 53210, No answer at residence.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Black, Height: 5'11", Weight: 175, Hair: Black, Glasses: N

I certify that I am over the age of 18, I am a resident of the State of Wisconsin and have no interest in the above action.

Subscribed and Sworn before me on the 1st day of December, 2025 in Waukesha, State of Wisconsin

NOTARY PUBLIC
My Commission Expires 4-16-29

**Shannon Gutierrez**
Process Server

SOUTHEAST WISCONSIN PROCESS, LLC
707 W. Moreland Blvd., Suite 2
Waukesha, WI 53188
(262) 650-8904

Our Job Serial Number: MDN-2025017817
Service Fee: $90.00

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e