

# AFFIDAVIT OF SERVICE

**State of Wisconsin**  **County of Milwaukee**  **Circuit Court**

Case Number: 25CV8831

Plaintiff:
**ANGELA GREER**

vs.

Defendant:
**SHAQUNNA LACHALE GREER, ET AL**

For:
Hildebrand Law Firm
500 W. Silver Spring Dr. Suite k-300
Glendale, WI 53217

Received by SOUTHEAST WISCONSIN PROCESS, LLC to be served on **SHAWNDELL GREER, 4054 N 15TH ST, MILWAUKEE, WI 53209**.

I, Shannon Gutierrez, being duly sworn, depose and say that on the **23rd day of October, 2025 at 4:00 pm, I:**

**Personally Served** the within named person with the **Electronically Filed Summons and Complaint Large Claims** with the date and hour endorsed thereon by me, pursuant to Wisconsin State Statutes.

**Description** of Person Served: Age: 36, Sex: M, Race/Skin Color: Black, Height: 5'7", Weight: 145, Hair: Black, Glasses: N

I certify that I am over the age of 18, I am a resident of the State of Wisconsin and have no interest in the above action.

Subscribed and Sworn before me on the 24th day of October, 2025 in Waukesha, State of Wisconsin

NOTARY PUBLIC
My Commission Expires  4-16-29

**Shannon Gutierrez**
Process Server

SOUTHEAST WISCONSIN PROCESS, LLC
707 W. Moreland Blvd., Suite 2
Waukesha, WI 53188
(262) 650-8904

Our Job Serial Number: MDN-2025017816
Service Fee: $45.00

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e