# AFFIDAVIT OF NON-SERVICE

**State of Wisconsin**      **County of Milwaukee**      **Circuit Court**

Case Number: 25CV8831

Plaintiff:
**ANGELA GREER**

vs.

Defendant:
**SHAQUNNA LACHALE GREER, ET AL**

For:
Hildebrand Law Firm
500 W. Silver Spring Dr. Suite k-300
Glendale, WI 53217

Received by SOUTHEAST WISCONSIN PROCESS, LLC to be served on **SHAQUNNA LACHALE GREER, 4123 W ROOSEVELT DR UPPER, MILWAUKEE, WI 53216**.

I, Shannon Gutierrez, being duly sworn, depose and say that on the **9th day of December, 2025** at **12:42 pm, I:**

**NON-SERVED:** After due search, careful inquiry and diligent attempt(s), I was unable to locate the subject for service of the **Electronically Filed Summons and Complaint Large Claims** for the following reason(s):

**Additional Information pertaining to this Service:**
10/24/2025  3:15 am  Attempted service at 4123 W ROOSEVELT DR UPPER, MILWAUKEE, WI 53216, No answer at residence. No activity.
10/29/2025  10:05 am  Attempted service at 4123 W ROOSEVELT DR UPPER, MILWAUKEE, WI 53216, No answer at residence. No activity.
11/2/2025  8:39 am  Attempted service at 4123 W ROOSEVELT DR UPPER, MILWAUKEE, WI 53216, No answer at residence.
11/6/2025  1:39 pm  Attempted service at 4123 W ROOSEVELT DR UPPER, MILWAUKEE, WI 53216, No answer at residence., Left a business card.
11/9/2025  11:53 am  Attempted service at 4123 W ROOSEVELT DR UPPER, MILWAUKEE, WI 53216, No answer at residence., Card is gone.
11/30/2025  1:40 pm  Attempted service at 4123 W ROOSEVELT DR UPPER, MILWAUKEE, WI 53216, No answer at residence.
11/28/2025  8:10 pm  Attempted service at 4123 W ROOSEVELT DR UPPER, MILWAUKEE, WI 53216, No answer at residence. Lights off no activity
12/2/2025  11:06 am  Attempted service at 4123 W ROOSEVELT DR UPPER, MILWAUKEE, WI 53216, No answer at residence.
12/8/2025  3:03 pm  Attempted service at 4123 W ROOSEVELT DR UPPER, MILWAUKEE, WI 53216, No answer at residence., Left a business card.
12/9/2025  12:42 pm  Attempted service at 4123 W ROOSEVELT DR UPPER, MILWAUKEE, WI 53216, No answer at residence., Card is gone.

I certify that I am over the age of 18, I am a resident of the State of Wisconsin and have no interest in the above action.

Subscribed and Sworn before me on the 11th day of December, 2025 in Waukesha, State of Wisconsin.

_____
NOTARY PUBLIC
My Commission Expires ___4-16-29___

**Shannon Gutierrez**
Process Server

**SOUTHEAST WISCONSIN PROCESS, LLC**
707 W. Moreland Blvd., Suite 2
Waukesha, WI 53188
**(262) 650-8904**

Our Job Serial Number: MDN-2025017815
Service Fee: $90.00

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

