# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN – MILWAUKEE DIVISION

| | |
|---|---|
| ANGELA GREER, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO.: 2:25-cv-01897<br>) |
| SHAQUNNA LACHALE GREER, *et al.*, | ) Judge: J.P. Stadtmueller<br>) Mag.: Stephen C. Dries |
| Defendants. | ) |

## DEFENDANT BRADLEY COMPANY, LLC'S AND PLAINTIFF ANGELA GREER'S JOINT CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR EXTENSION OF TIME FOR BRADLEY TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO REMAND

Defendant Bradley Company, LLC d/b/a Bradley Corporation ("Bradley"), pursuant to Civil L. R. 7(h), hereby moves this Court for an extension to respond to Plaintiff's Motion to Remand by 7 days, or until January 20, 2026. Plaintiff Angela Greer consents to and joins in this Motion. In support of its Motion, Bradley states as follows:

1. On December 2, 2025, Bradley removed this case to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division. *See* Dkt. 1.

2. On December 23, 2025, Plaintiff filed a Motion to Remand. *See* Dkt. 18.

3. Pursuant to Local Rule 7(b), Bradley's response is due 21 days after the filing of the Motion to Remand, or January 13, 2025.

4. Bradley seeks an additional 7 days—or, until January 20, 2026—to file its response to Plaintiff's Motion to Remand. Bradley requests this additional time to accommodate and provide flexibility for preplanned time off during the holidays.

5. Plaintiff consents to this extension.

6. Given Bradley's upcoming deadline of January 13, 2026, Bradley requests that the Court decide this Motion without a hearing pursuant to Civil L. R. 7(h)(1). A proposed Order is being filed concurrently with this Motion.

7. Accordingly, Bradley respectfully requests this Court extend the deadline for Bradley to respond to Plaintiff's motion to remand to January 20, 2026. This request is made in good faith and not for any improper motive. Granting this request will not detract from the efficient administration of this matter and will not prejudice any other party.

WHEREFORE, Defendant Bradley Company, LLC d/b/a Bradley Corporation respectfully requests that this Court grant this Motion and enter an Order extending the deadline for Bradley's response to Plaintiff's motion to remand to January 20, 2026, and for any and all other relief that this Court deems just and proper.

Dated: December 29, 2025

Respectfully Submitted,

**HILDEBRAND LAW FIRM, LLC**

By: /s/ *Mark A. Clauss (per 12/29/25 email consent/SHW)*
Mark A. Clauss (1055102)
HILDEBRAND LAW FIRM, LLC
500 West Silver Spring Dr., Suite K-300
Glendale, WI 53217
T: 414-409-7122
F: 414-409-7123
mclauss@hildebrandlawfirm.net
*Attorneys for Plaintiff Angela Greer*

**TUCKER ELLIS LLP**

By: /s/ *Seth H. Wamelink*
Seth H. Wamelink (OH #0082970)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
T: 216-696-4112
F: 216-592-5009
seth.wamelink@tuckerellis.com
*Attorneys for Defendant Bradley Company, LLC*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby states that on December 29, 2025, they filed the foregoing document with the Clerk of the United States District Court, Eastern District of Wisconsin, Milwaukee Division, using the CM/ECF Filing System, which will send an e-mail notification of such filing to the registered CM/ECF participants.

*/s/ Seth H. Wamelink*
Attorney for Bradley Company, LLC