IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN – MILWAUKEE DIVISION

| | | |
|---|---|---|
| ANGELA GREER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 2:25-cv-01897 |
| | ) | |
| SHAQUNNA LACHALE GREER, *et al.*, | ) | Judge: J.P. Stadtmueller |
| | ) | Mag.: Stephen C. Dries |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT BRADLEY COMPANY, LLC'S AND PLAINTIFF ANGELA GREER'S JOINT CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR EXTENSION OF TIME FOR BRADLEY TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO REMAND

GOOD CAUSE having been shown, the Court hereby GRANTS, pursuant to Fed. R. Civ. P. 6(b) and Civil L. R. 7(h), Defendant Bradley Company, LLC's and Plaintiff Angela Greer's Joint Civil L. R. 7(h) Expedited Non-Dipositive Motion for Extension of Time to File a Response to Plaintiff's Motion to Remand. Bradley Company, LLC's response to Plaintiff's Motion to Remand is now due January 20, 2026.

IT IS SO ORDERED.

DATE:_____    _____
                                                                                  THE HONORABLE

Cc: All counsel of record