The Daily Reporter
700 W. Virginia St.
Milwaukee, WI, 53204
Phone: 4142251801 Fax: 0



## PUBLICATION SUMMONS

CASE NO.: 2: 25-01897 - JPS

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

ANGELA GREER 1128 W. Capitol Drive Milwaukee, WI 53209 Plaintiff, vs. SHAQUNNA LACHALE GREER 4123 West Roosevelt Drive Upper Milwaukee, WI 53216 SHAWNDELL GREER 4054 N. 15th Street Milwaukee, WI 53209 SHAWN GREER JR. 2602 N. 54th Street Milwaukee, WI 53210 BRADLEY COMPANY LLC d/b/a Bradley Corporation A Wisconsin Limited Liability Company W142 N9101 Fountain Blvd. Menomonee Falls, WI 53051 Defendants.

THE STATE OF WISCONSIN, To each person named above as a Defendant:

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The complaint, which is also served upon you, states the nature and basis of the legal action.

Within 40 days after the first date of publication of this summons, not including the date of publication, you must respond with a written answer, as that term is used in chapter 802 of the Wisconsin Statutes and Fed. R. Civ. P 4(e)(1), to the complaint. The court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the court, whose address is U.S. District Court, Eastern District of Wisconsin, 517 E. Wisconsin Ave., Milwaukee, WI 53202, and to Attorney Mark A. Clauss of Hildebrand Law Firm, LLC, Plaintiff's attorney, whose address is 500 W. Silver Spring Drive, Suite K-300, Glendale, WI 53217. You may have an attorney help or represent you.

If you do not provide a proper answer within 40 days, the court

## Affidavit of Publication

To: Hildebrand Law Firm, LLC - Pierce Mobley
500 W. Silver Spring Drive, Suite K-300
Glendale, WI, 53217

Re: Legal Notice 4122593, 2: 25-01897 - JPS

State of WI          }
                      } SS:

County of Milwaukee    }

I, Joe Yovino, being duly sworn, depose and say: that I am the Authorized Designee of The Daily Reporter, a daily newspaper of general circulation in Milwaukee, County of Milwaukee, State of WI; that a notice, of which the annexed is a printed copy, has been duly and regularly published in the The Daily Reporter once each day for 3 consecutive days; and that the date of the publication were as follows: 12/29/2025, 01/05/2026, 01/12/2026.

Publishers fee: $325.89    By:

Joe Yovino

Sworn to me on this 16th day of January 2026

By:

TATUM BRUDOS
Notary Public
State of Wisconsin

Tatum Brudos
Notary Public, State of WI
No. 266585
Qualified in Milwaukee County
My commission expires on December 3, 2029

answer within 40 days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 22nd day of December, 2025.

HILDEBRAND LAW FIRM, LLC.

Attorneys for Plaintiff Angela Greer

*/s/ Mark A. Clauss*

Mark A. Clauss
State Bar No. 1055102
Hildebrand Law Firm, LLC
500 West Silver Spring Drive, Suite K-300
Glendale, WI 53217
Phone: (414) 409-7122
Fax: (414) 409-7123
hlawfirm@hildebrandlawfirm.net

4122593/12-29/1-5-12

STATE OF WISCONSIN  CIRCUIT COURT  MILWAUKEE COUNTY

---

ANGELA GREER

   Plaintiff,

-v-             Case No:  25-CV-01897-JPS

SHAQUNNA L. GREER, *et. al.*

   Defendants.

---

## AFFIDAVIT OF MAILING

---

   I hereby certify that I am Kris Wageman, a paralegal at Hildebrand Law Firm, LLC and that on the 23rd day of December, 2025, I placed in an envelope and caused to be deposited into U. S. mail via certified delivery, a copy of the following documents:

1.  Circuit Court Summons and Complaint, Case # 25-CV-30701 (Doc. # 6).
2.  Notice of Removal, Eastern District Case # 25-1897 (Doc. # 1).
3,  Summons in a Civil Action, Eastern District Case #25-1897 (Doc. # 10).

   To the following person:

Shaqunna L. Greer
4123 W. Roosevelt Drive, Upper
Milwaukee, WI 53216

Kris Wageman
Hildebrand Law Firm, LLC
500 W. Silver Spring Dr., #K-300
Glendale, WI 53217

Signed and sworn to before me
this 16th day of January, 2026.

_____
Pierce Mobley
Notary Public, State of Wisconsin
My Commission is permanent



1

Hildebrand Law Firm, L.L.C.
7670 N. Port Washington Rd.
Milwaukee, WI 53217
Telephone: (414) 409-7122
Fax: (414) 409-7123
Hlawfirm@hildebrandlawfirm.net

2