# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

Angela Greer, )
       )    Judge J.P. Stadtmueller
       Plaintiff, )
       )
       )    Case No. 2:25-cv-01897
v. )
       )
Bradley Company, LLC, et al., )
       )
       Defendants. )

## CERTIFICATE OF CONFERRAL

Defendant Bradley Company, LLC ("Bradley") certifies, consistent with this Court's "Comprehensive Protocols and Procedures Order," (Doc. 12 at 11) that it met and conferred with counsel for Plaintiff Angela Greer by email on January 28, 2026. The parties discussed Bradley's forthcoming motion for leave to file a sur-reply. Counsel for Plaintiff indicated that Plaintiff did not agree to the relief sought or arguments made in Bradely's forthcoming motion.

Dated: January 29, 2026      */s/ Seth Wamelink*
                         Seth Wamelink (#0082970)
                         TUCKER ELLIS LLP
                         950 Main Avenue – Suite 1100
                         Cleveland, OH 44113-7213
                         Phone: 216.696.4112
                         Fax: 216.592.5009
                         E-Mail: seth.wamelink@tuckerellis.com

                         *Attorney for Defendant Bradley Company, LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2026, a copy of Bradley Company LLC's Certificate of Conferral was filed electronically. Service of this filing will be made under Fed. R. Civ. P. 5(b)(2)(E) through this Court's electronic filing system. Parties may access the filing through the Court's system.

*/s/ Seth Wamelink*
Seth Wamelink

*Attorney for Defendant Bradley Company LLC*